** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 26, 2017 3:07:10 PM EDT | 12129183420 | 47 | 1 | Received |

To: EDNY Magistrate Court   Page 1 of 1   2017-07-26 19:06:20 (GMT)   12129183420 From: Zachary Margulis-Ohnuma

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Eastern District of New York

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| Dwayne McCaulley | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dwayne McCaulley

Date: 07/26/2017

_____
*Attorney's signature*

Zachary Margulis-Ohnuma
*Printed name and bar number*

260 Madison Ave, 17th Floor
New York, NY 10016
*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0922
*FAX number*